

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,754-01

### IN RE MICHAEL BLUE, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. CR24-373; CR24-374; CR24-375; & CR24-376
### IN THE 253RD DISTRICT COURT FROM LIBERTY COUNTY

*Per curiam.*

**O R D E R**

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he filed applications for writs of habeas corpus in Liberty County and his applications have not been properly forwarded to this Court.

Respondent, the District Clerk of Liberty County, shall forward Relator's habeas application to this Court, respond that Relator has not filed a habeas application in Liberty County, or forward a copy of an order designating issues together with correspondence documenting the date the State received Relator's habeas application, or forward a copy of an order establishing new deadlines in accordance with this Court's emergency orders regarding the COVID-19 State of Disaster. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(c) and (d); TEX. R. APP. P. 73.4(b)(5); *First Emergency Order*

*Regarding the Covid-19 State of Disaster*, No. 20-9042 (Tex. Mar. 13, 2020); No. 20-007 (Tex. Crim. App. Mar. 13, 2020); *Third Emergency Order Regarding the Covid-19 Disaster*, No. 20-9044 (Tex. Mar. 19, 2020); No. 20-008 (Tex. Crim. App. Mar. 19, 2020).  This motion for leave to file will be held.  Respondent shall comply with this order within thirty days from the date of this order.

Filed: October 28, 2020
Do not publish